UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| RECOLE M. HUDSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 14-2057 |
| v. | ) | |
| | ) | |
| CAROLYN W. COLVIN, Acting | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER APPROVING MAGISTRATE RECOMMENDATION

A recommendation was filed by the Magistrate Judge on June 10, 2015.  More than fourteen days have elapsed since the filing of the recommendation and no objections have been made.  *See* 28 U.S.C. § 636(b)(1).

The recommendation [#20] of the Magistrate Judge is, therefore, accepted by the court.  *See Video Views, Inc. v. Studio 21, Ltd.,* 797 F.2d 538 (7th Cir. 1986). The plaintiff's motion for summary judgment [#13] is granted.   The defendant's motion for summary judgment [#18] is denied.  This case is remanded for further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g).

ENTERED this 8th day of July, 2015.


**s/Harold A. Baker**

_____

HAROLD A. BAKER
U.S. DISTRICT JUDGE